| PROB 22 | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| TRANSFER OF JURISDICTION | 1:07CR00091-002 LJO |
| | DOCKET NUMBER (Rec. Court) |
| | 3:13-00186-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>ANDREA KATHLEEN SIMPSON<br>Gallatin, TN | DISTRICT<br><br>Eastern District of California | DIVISION<br><br>Southern |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br><br>Lawrence J. O'Neill | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>05/14/2012 | TO<br>05/13/2017 |

**OFFENSE** 21 USC 846, 841(a)(1), 841(b)(1)(A), and 18 USC 2: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE AND AIDING AND ABETTING

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-21-12
Date

United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-21-13
Effective Date

United States District Judge

CC: United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office