IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00186-1 |
| | ) | Chief Judge Haynes |
| ANDREA SIMPSON | ) | |

*ORDER*
*In light of Judge Trauger's Order, this motion is GRANTED.*
*4-17-14*

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Andrea Simpson, pursuant to 18 U.S.C. § 3582, hereby moves this Honorable Court for an order modifying the conditions of her supervised release. Specifically, Ms. Simpson requests that she be allowed to associate with Joe Elder who is currently on supervised release in Case Number 3:06-00179 in Judge Trauger's court.

In support of this motion, Ms. Simpson would show that Judge Trauger has recently given Mr. Elder permission to associate with Ms. Simpson. At a revocation hearing held on April 7, 2014, Judge Trauger allowed Mr. Elder to remain on supervised release and continued the hearing until July 7, 2014. Judge Trauger also orally gave Joe Elder permission to associate with and date Ms. Simpson, but she prohibited Mr. Elder and Ms. Simpson from living together or getting married without obtaining permission of the Court. Ms. Simpson and Mr. Elder met each other while residents at the Diersen Charities halfway house and would like to associate with and date one another.

United States Probation Officer Kimberly Haney was present at the hearing before Judge Trauger and has confirmed that Judge Trauger has given Joe Elder permission to associate with and date Ms. Simpson. Ms. Haney has advised undersigned counsel that she is not opposed to the requested modification.